**No. 68355.**—Maher & Company *v.* United States, protest 63/19384–16976 (New Orleans).

Opinion by DONLON, J.   An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MARCH 19, 1964

**No. 68356.**—Illfelder Importing Co., Inc. *v.* United States, protest 62/19561 (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 19, 1964

**No. 68357.**—Gallagher & Ascher Company *v.* United States, protest 63/9235–13512 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.